# INVOICE

**KONECRANES**
Lifting Businesses™

PLEASE REFERENCE COMPLETE
INVOICE NUMBER OR RETURN
INVOICE COPY WITH REMITTANCE

| Invoice Number | Invoice Date | Page |
|---|---|---|
| NOT POSTED | 07/12/2012 | 1 of 2 |

| BILL TO: | SERVICE LOCATION: |
|---|---|
| CENTRAL MFG CO<br>125 WHEAT DR<br>PARIS, KY 40361 | CENTRAL MFG CO<br>125 WHEAT DR<br>PARIS, KY 40361 |

| Customer # | Service Call ID | Salesman | Purchase Order | Payment Terms |
|---|---|---|---|---|
| 43198 | 120508-0295 | RALPH HUNLEY | NEED PO | NET 15 |

RUNAWAY CRANE. BRIDGE FUNCTION. RECEIVED CALL FROM STEVE PATRICK INDICATING THERE HAD BEEN AN ACCIDENT. IMEDIATELY DISPATCHED TECHNICIANS AND MANAGEMENT.
UPON ARRIVAL MET WITH STEVE PATRICK. STEVE BRIEFED US ON THE SITUATION AND THE CONDITION OF THE INJURED PERSON. DISPATCHED DISCTRIC SAFETY TO ASSIST IN THE INVESTIGATION. COMPLETED LOCK OUT/TRY OUT OF THE CRANE AND VERIFIED NO VOLTAGE PRESENT ON THE CRANE.
TECHNCIIANS TROUBLESHOOTING GAVE THE CRANE A LOOK OVER LOOKING FOR ANYTHING UNUSUAL. OPENED THE RADIO TRANSMITTER THE BOX WAS HELD TOGETHER WITH WIRE TIES. FOUND NOTHING INSDE THE TRANSMITTER THAT WOULD CAUSE THE CRANE TO MOVE NORTH. ACCESSED THE CRANE WITH A MEMBER OF MAINTENANCE. THE BRIDGE CONTACTERS WERE NOT WELDED SHUT, CHECKED BOTH THE PENDANT AND RADIO FOR STICKING SWITCHES OR PADDLES, ALL GOOD. OPENED THE RECEIVER FOR THE RADIO. FOUND 1 STRAY WIRE FROM A STRAND CLOSE TO OPEN VOLTAGE. NOTHING TOUCHING. LOOKED OVER THE CRANES WIRING AND FOUND ALL GOOD.

RECEIVED OK FROM CUSTOMER TO ENERGIZE CRANE. ISIOLATED THE BRIDGE MOTORS BY REMOVING WIRES. REMOVED LOCKS, APPLIED POWER AND VERIFIED BRIDGE OPERATIONS WITHOUT MOTORS, ALL GOOD, RAN THE CRANE FOR SEVERAL MINUTES WITH MOTORS DISCONNECTED ATTEMPTING TO RE-CREATE THE ISSUE. ALL GOOD. SECURED POWER, RE-ATTACHED THE MOTOR LEADS, APPLIED POWER, TESTED THE CRANE WITH MOTORS, ALL GOOD, UNABLE TO RE-CREATE THE PROBLEM. TESTED THE CRANE IN BOTH PENDANT AND RADIO MODES, EVERYTHING GOOD.

MET WITH STEVE PATRICK AND MIKE LEWIS INFORMING THEM OF OUR FINDINGS AND RECOMMENDATIONS. INFORMED THE CUSTOMER, WE FOUND NOTHING ON THE CRANE TO CAUSE IT TO RUN NORTH AND NOTHING CAUSING IT TO RUN LIKE THE CRANE OPERATOR INDICATED IN FULL SPEED, POINTING OUT TO THE CUSTOMER FOR FULL SPEED OPERATIONS BOTH THE 1ST SPEED AND HIGH SPEED CONTACTORS WOULD BOTH HAVE TO BE ENERGIXED TO SIMULATE WHAT THE OPERATOR INDICATED HAP[PENED. WE FOUND NOTHING TO SUPPOIRT THIS.

RECOMMENDED TO THE CUSTOMER WE REPLACE THE BRIDGE CONTACTORS WITH NEW OR UPGRADE TO A VFD, REMOVE THE RADIO CONTROLS AND SEND TO OEM FOR EVALUATION, PLACING THE CRANE ON PENDANT CONTROLS AND HIGHLY RECOMMEND CRANE OPERATOR SAFETY TRAINING. RECEIVED A VERBAL FROM MIKE LEWIS TO PROCEED WITH THE VFD AND RADIO EVAL.

5-9-2012 NEXT DAY DISPATCHED TECHNICIANS WITH VFD AND RESISTOR. MET WITH CUSTOMER, COMPLETED LOCK OUT TRY OUT AND VERIFIED NO VOLTAGE. REMOVED RADIO CONTROLS AND MADE READY FOR SHIPMENT. REMOVED OLD RECEIVER THAT HAD BEEN GUTTED FROM BEHIND CURRENT REVEIVER. DISPOSED OF. REMOVED BRIDGE CONTACTORS AND INSTALLED BRIDGE VFD AND DB RESISTOR. AUTO-TUNED THE DRIVE. COMPLETED SETUP PROCEDURES. VERIFIED WITH CUSTOMER GOOD ACELL AND DECELL TIMES. PROGRAMED TO DRIVE. VERIFIED OPERATIONS WITH CUSTOMER. VERIFIED GOOD. COMPLETED PAPERWORK. DID NOT PLACE CRANE BACK TO SERVICE. AS PER CUSTOMER WE ARE TO RETURN ON 5-10-2012 TO GO OVER CRANE WITH CUSTOMER AND WATCH PERSONNEL USE THE CRANE TILL CONFORTABLE.

5-10-2012 TECHNICIAN AND MANAGEMENT AT THE CUSTOMERS SITE. DROPPED PENDANT FOR CRANE USE. TRAINED OPERATORS BRIEFLY ON THE BRIDGE VFD OPERATIONS. AS PER OPERATORS TROLEY DIRECTIONS IS REVERSED. ASESSED CRANE AND SWAPPED FUNCTIONS FOR DIRECTIONS. TURNED CRANE OVER TO

# INVOICE

**KONECRANES**
*Lifting Businesses*

PLEASE REFERENCE COMPLETE
INVOICE NUMBER OR RETURN
INVOICE COPY WITH REMITTANCE

| BILL TO: | SERVICE LOCATION: |
|---|---|
| CENTRAL MFG CO<br>125 WHEAT DR<br>PARIS, KY 40361 | CENTRAL MFG CO<br>125 WHEAT DR<br>PARIS, KY 40361 |

| Customer # | Service Call ID | Salesman | Purchase Order | Payment Terms |
|---|---|---|---|---|
| 43198 | 120508-0295 | RALPH HUNLEY | NEED PO | NET 15 |

**[CONTINUED FROM PREVIOUS PAGE]**

OPERATORS. STAYED WITH CUSTOMER UNTIL COMFORTABLE. ONCE CUSTOMER GAVE THE OK TO LEAVE, COMPLETED PAPERWORK AND DEPARTED TO SHOP.

5-29-12 RECEIVED SERVICE REPORT FROM OLD RADIO CONTROL OEM. OEM PERFORMED THE FOLLOWING TEST. PERFORMED FUNCTION TEST USING COMPUTER SIMULATOR, RANGE TEST, EXTREME ENVIRONMENT HEAT/COLD TEST, AND INDIVIDUAL OUTPUT TESTING. FOUND NO EVIDENCE OF UNCONTROLLED MOVEMENT COULD BE REPLICATED. DISCUSSED OEM FINDINGS WITH CUSTOMER.

THANK YOU FOR YOUR BUSINESS

## DUMMY INVOICE
### For PO Only
### Fax PO TO 859-389-6569

| | |
|---|---|
| LABOR Subtotal | $1,955.00 |
| MATERIAL Subtotal | $2,181.54 |
| SUBCONTRACTOR Subtotal | $0.00 |
| EQUIPMENT Subtotal | $0.00 |
| SHIPPING & HANDLING Subtotal | $134.54 |


CRANE PRO SERVICES

| Invoice Subtotal | Invoice Tax | Invoice Total |
|---|---|---|
| $4,271.08 | | $4,271.08 |

**REMITTANCE OPTIONS:**

| MAIL CHECKS TO: | DOMESTIC WIRE: | INTERNATIONAL WIRE: |
|---|---|---|
| KONECRANES INC.<br>PO BOX 641807<br>PITTSBURGH, PA 15264-1807<br>PHONE: (800)268-5663 | PNC BANK<br>PITTSBURGH, PA<br>ABA / ROUTING # 043000096<br>ACCOUNT # 1001149119<br>CTX ACH PAYMENT FORMAT PREFERRED | SEB<br>NEW YORK, NY<br>S.W.I.F.T. CODE: ESSEUS33<br>ACCOUNT # 00004299<br>CTX ACH PAYMENT FORMAT PREFERRED |

CPS - Invoice Quoted