UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| GEORGE VINCENT VAUGHN, | ) | |
| | ) | |
|    Plaintiff, | ) | Civil Action No. 5: 14-136-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KONECRANES, INC., | ) | |
| | ) | |
|    Defendant/Third Party Plaintiff | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| DEMAG CRANES AND COMPONENTS | ) | **MEMORANDUM OPINION** |
| CORP.; HETRONIC USA, INC.; and | ) | **AND ORDER** |
| CENTRAL MOTOR WHEEL OF | ) | |
| AMERICA, INC., | ) | |
| | ) | |
|    Third Party Defendants. | ) | |

*** *** *** ***

Defendant Konecranes, Inc. has filed a motion which seeks to prevent the parties from offering evidence of the defendant's insurance coverage under Rule 411 of the Federal Rules of Evidence. [Record No. 97] According to Konecranes, evidence of insurance coverage would prejudice its case and is irrelevant to the ultimate issues to be resolved. In response, the plaintiff states that he does not intend to offer such evidence or argument during trial and further requests that evidence of worker's compensation insurance be similarly excluded. [Record No. 114] Being sufficiently, it is hereby

**ORDERED** that the defendant's motion *in limine* regarding liability insurance [Record No. 97] is **GRANTED**. During the trial of this action, the parties may not offer

evidence, arguments, or statements to the jury regarding insurance coverage. The parties' additional motions *in limine* remain pending and will be addressed by a separate Order.

This 30th day of March, 2015.

Signed By:
*Danny C. Reeves*  DCR
United States District Judge